| PROB 22 (Rev. 2/88) **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Trans. Court)* 0644/5:05CR-21-R |
|---|---|
| | DOCKET NUMBER *(Rec. Court)* 3:15-00024-01 |

| NAME AND ADDRESS OF PROBATIONER SUPERVISED RELEASEE | DISTRICT Western Kentucky | DIVISION Paducah Division |
|---|---|---|
| Eric Todd Blaine Clarksville, TN | NAME OF SENTENCING JUDGE Thomas B. Russell, Senior U.S. District Judge | |
| | DATES OF PROBATION: SUPERVISED RELEASE: | FROM 7/8/2014 — TO 7/7/2022 |

OFFENSE
Ct. 1: POSSESSION WITH INTENT TO DISTRIBUTE FIVE GRAMS OR MORE OF "CRACK" COCAINE, A SCHEDULE II CONTROLLED SUBSTANCE
Ct. 2: POSSESSION WITH INTENT TO DISTRIBUTE FIVE GRAMS OR MORE OF "CRACK" COCAINE, A SCHEDULE II CONTROLLED SUBSTANCE

### PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   WESTERN   DISTRICT OF   KENTUCKY

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Middle District of Tennessee, Nashville Division upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Date   January 21, 2015

*Thomas B. Russell* (signature)
Thomas B. Russell, Senior Judge
United States District Court

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   MIDDLE   DISTRICT OF   TENNESSEE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/15/15
*Effective Date*

(signature)
UNITED STATES DISTRICT JUDGE